**STATE of Missouri, Respondent,**

v.

**Roy Marvin WINFREY, Appellant.**

**No. WD 44687.**

Missouri Court of Appeals,
Western District.

June 16, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
July 28, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Appeal from the Circuit Court of Carroll County; Charles H. Sloan, Judge.

James F. Crews, Tipton, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from conviction of driving while intoxicated, § 577.010 RSMo, Supp.1992.

Judgment affirmed. Rule 30.25(b).